GARRETT B. CLAYTON, as Administrator of the Estate of TAYLOR S. CLAYTON, Deceased, Respondent, *v.* TOTTENVILLE SHIPYARD COMPANY, Appellant.

*Negligence — master and servant — drowning of ship carpenter while working on float alongside vessel.*

*Clayton v. Tottenville Shipyard Co.*, 219 App. Div. 742, affirmed.
(Argued June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate through drowning alleged to have been occasioned by the negligence of defendant, his employer. Intestate, a ship carpenter, was working on a float repairing a barge to which the float was fastened by ropes tied to ring bolts at its corners. After the passage of two tugs creating large swells it was observed that one of the ring bolts had pulled out permitting the float to drift from the barge and that intestate was in the water sinking.

*Burt L. Rich* and *James B. Henney* for appellant.
*Joseph B. Handy* and *Esli L. Sutton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.

---

MARGARET GARRETT, Respondent, *v.* SUPREME TRIBE OF BEN HUR, Appellant.

*Benefit associations — insurance — action to recover upon certificate of life insurance — defense of misrepresentation in application.*

*Garrett v. Supreme Tribe of Ben Hur*, 219 App. Div. 413, affirmed.
(Argued June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered January 12, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a

Prepared by State Reporter from Appeal Papers

judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon a certificate of life insurance issued by defendant, a fraternal benefit association. The defense was that in the application for insurance deceased misrepresented the date when he had last consulted a physician.

*Irving W. Cole* and *John J. Brown* for appellant.
*Ruth Van Norman* and *Wallace Thayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.

---

In the Matter of the Application of GEORGE NEUBERGER, Respondent, for an Accounting by BERTHA NEUBERGER, His General Guardian.

MARY A. L. HAHN et al., Individually and as Executors of CHRISTIAN TYMANN, Deceased, et al., Appellants.

*Guardian and ward — accounting — judicial settlement — motion for dismissal of proceeding as to sureties on bond denied.*

*Matter of Neuberger,* 219 App. Div. 730, affirmed.
(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1927, which affirmed a decree of the Queens County Surrogate's Court judicially settling the accounts of Bertha Neuberger, as general guardian, and denying a motion by a surety and representatives of a deceased surety on her bond for a dismissal of the proceedings as to them.

*Clarence Edwards* for appellants.
*Michael J. Joyce* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.